IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY NAPIER, C-30460, ) | |
| ) | |
| Petitioner, ) | No. C 12-2493 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| GARY SWARTHOUT, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner seeks federal habeas review of the execution of a sentence imposed by Solano County Superior Court, which lies in the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at California State Prison, Solano, which also lies in the Eastern District of California. See id.

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Because Solano County lies in the Eastern District of California, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:   June 1, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.12\Napier, R.12-2493.transfer.wpd